**Order entered November 29, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00598-CR

**ORBE JOEL GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-55193-V**

## ORDER

Before the Court is the November 27, 2017 request of court reporter Peri K. Wood for an extension of time to file the reporter's record. We **GRANT** the motion. The reporter's record shall be filed on or before December 1, 2017. We caution Ms. Wood that if the reporter's record is not filed by December 1, 2017, the Court may utilize its available remedies, which may include ordering Ms. Wood not to sit until the complete reporter's record has been filed.

/s/    LANA MYERS
           JUSTICE